UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 5:09-cv-41-KSF

WHITNEY MILLER,                                                                                    PLAINTIFF

vs.        **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

CORRECTCARE-INTEGRATED HEALTH, INC.,                                    DEFENDANT

* * * * *

The parties, Plaintiff Whitney Miller and the Defendant CorrectCare-Integrated Health, Inc., having reached a settlement and resolved this matter, and the Court having reviewed the record and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the within action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

This March 22, 2010.



Signed By:
**Karl S. Forester** KSF
**United States Senior Judge**

Having seen and agreed,

| | |
|---|---|
| s/Leslie Dean signed with permission | s/Elizabeth E. Darby |
| Hon. Leslie Dean | Hon. James M. Mooney |
| Leslie Dean, Attorney at Law, PSC | Hon. Elizabeth E. Darby |
| One Eagle View Plaza | Moynahan, Irvin, Mooney & Stansbury, P.S.C. |
| 3288 Eagle View Lane, #300 | 110 North Main Street |
| Lexington, Kentucky 40509 | Nicholasville, Kentucky 40356 |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |